UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

# MEMORANDUM

| Case No. | CV 14-2486 DSF (JCGx) | Date | 4/9/14 |
|---|---|---|---|
| Title | M. D.J. F., et al. v. Jim Fruitt Trucking, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to State Court

This case was removed based on diversity jurisdiction. However, the citizenship of defendant Xtra Lease LLC is not properly alleged. A limited liability company is a citizen of the states of which each of its members is a citizen. See <u>Johnson v. Columbia Props. Anchorage, LP</u>, 437 F.3d 894, 899 (9th Cir. 2006). The notice of removal merely states, on information and belief, that Xtra Lease LLC "is a citizen of the State of Delaware" with no further elaboration. This conclusory pleading is insufficient.

The case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.